IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ATLANTIC CASUALTY INSURANCE COMPANY**, | § § § § § | |
| Plaintiff, | | |
| v. | § § § | Civil Action No. **3:16-CV-1875-L** |
| **PASCUAL BUSTOS-BUSTOS AND JORGE SANDOVAL BARAJAS d/b/a GEORGE CERAMIC TILE**, | § § § § § | |
| Defendants. | | |

## ORDER

Before the court is Defendant Pascual Bustos-Bustos's motion to dismiss or, alternatively stay this declaratory judgment action (Doc. 9), filed July 12, 2016. On August 31, 2016, Magistrate Judge David L. Horan who entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report"), recommending that the motion be denied. No objections to the Report were filed.

Having reviewed the motion, pleadings, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court, and **denies** Defendant Pascual Bustos-Bustos's motion to dismiss or, alternatively, stay this declaratory judgment action (Doc. 9).

It is so ordered this 4th day of October, 2016.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Order – Solo Page**